BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 6/24/2021  
TIME: 10:00 AM (35 min)

FILED
CLERK

1:08 pm, Jun 24, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. 17-cr-397 (JMA)**

**DEFENDANT: Shubiyah Marcelle          DEF. #: 1**
☒ Present     ☐ Not present     ☒ Custody     ☐ Bail/Surrender
**DEFENSE COUNSEL: Gary Shoer**
☐ Federal Defender     ☒ CJA          ☐ Retained

**AUSA: Mark Misorek, Chris Caffarone**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino                    COURTROOM DEPUTY: LMP

☒    Case Called.          ☒    Counsel present for all sides.
☒    Sentencing held.          ☐    Sentencing adjourned to .
☒    Statements of defendant and counsel heard.
☒    Defendant sentenced on Count 1 of the Information.

SENTENCE TEXT: Imprisonment: Time served. Supervised release: 5 years, with special conditions. Special Assessment: $100.00.

☐    Remaining open counts are dismissed on
          ☐    Government's motion.          ☐    Court's motion.
☒    Court advised defendant of right to appeal to the extent it was not waived in the plea agreement.
☐    Defendant waived right to appeal in plea agreement.
☒    Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant     ☐    Remains in Custody.     ☐    On bail pending appeal.
☐    Shall surrender to the institution designated by the U.S. Bureau of Prisons by 2:00 PM on .

OTHER: